UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL TWIGGS,

                Plaintiff,

      – against –

UNITED STATES,

                Defendants.

**ORDER**

16 Civ. 4562 (ER)

RAMOS, D.J.

      On June 14, 2016, Plaintiff filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. Doc. 1. On April 15, 2020, Plaintiff informed the Court that his sole claim is foreclosed by *Beckles v. United States*, 137 S. Ct. 886 (2017) and that further briefing would be unnecessary. Doc. 9. Accordingly, Plaintiff's motion is DENIED.

      The Clerk of the Court is respectfully directed to terminate the motion (Doc. 1) and close the case.

      It is SO ORDERED.

Dated: April 15, 2020
       New York, New York

                                              Edgardo Ramos, U.S.D.J.